UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY HUANG,

                         Plaintiff,

        -against-

FIRST UNUM LIFE INSURANCE CO.,

                       Defendant.

Case No. 1:26-cv-02086 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As discussed during the parties' conference on June 17, 2026, Defendant shall produce the administrative record to Plaintiff by **July 15, 2026**.  By August 5, 2026, the parties shall file a status letter proposing next pretrial steps, including deadlines for pretrial submissions under the Court's individual rules for non-jury trials.

Dated: June 17, 2026
      New York, New York

                                     SO ORDERED.

                                 *Jennifer Rochon*

                                 JENNIFER L. ROCHON
                                 United States District Judge