UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY HUANG,

Plaintiff,

-against-

FIRST UNUM LIFE INSURANCE COMPANY,

Defendant.

Case No. 1:26-cv-02086 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On August 6, 2026, the Court directed Plaintiff Cindy Huang ("Plaintiff") to file any discovery motion, or advise the Court that she no longer planned to filed such a motion, by August 21, 2026. *See* Dkt. 13. The Court advised the parties that it would set a schedule for pretrial submissions in this matter after deciding any such motion. *Id.* To date, Plaintiff has neither filed a discovery motion nor advised the Court that she does not intend to do so. The Court interprets that silence as an affirmative decision not to file a discovery motion and, therefore, presumes that the parties are prepared to proceed to a bench trial as proposed in their August 5, 2026 letter. *See* Dkt. 12. Therefore, the parties shall file a letter by **September 1, 2026**, with a proposed schedule for the pretrial submissions required for a bench trial pursuant to Rule 5 of this Court's Individual Rules. The Court will schedule the bench trial shortly thereafter.

Dated: August 25, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge