Robinson+Cole

PATRICK W. BEGOS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in Massachusetts
and New York

Request GRANTED. Parties shall submit opening briefs on or before November 23, 2026, and opposition/reply briefs on or before December 21, 2026.

Dated: October 13, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

October 9, 2026

***Via ECF***

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Huang v. First UNUM Life Insurance Company***
**Case No.: 1:26-cv-02086-JLR**

Dear Judge Rochon:

This firm represents Defendant First Unum Life Insurance Company ("First Unum"). Pursuant to Rule I.F of Your Honor's Individual Practices, we write to request an extension of the briefing schedule for bench trial on a stipulated record under Rule 52. (Dkt. 17). Plaintiff consents to the extension.

This is the first request for an extension of the briefing schedule. The purpose of the extension is to allow the parties to continue to explore settlement; the parties believe that expending resources on briefing the merits will be counter-productive to those discussions. The parties propose the following revised briefing schedule:

| **Current deadline** | **Proposed deadline** | **Briefing** |
|---|---|---|
| October 23, 2026 | November 23, 2026 | Simultaneous opening briefs |
| November 20, 2026 | December 21, 2026 | Simultaneous opposition/reply briefs |

Respectfully,

*/s/ Patrick W. Begos*

Copy to: ECF Service List